IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD JACKSON | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | NO. 07-2164 |
| v. | : | |
| | : | |
| JEFFREY A. BEARD, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 29TH day of September, 2009, upon consideration of Plaintiff Ronald Jackson's October 31, 2008 and December 5, 2008 Motions for Summary Judgment (Doc. No. 93 and 106, 107 respectively), and the Cross-Motion for Summary Judgment of Defendants Michael Baratta, Kenneth Berlew, Mary Canino, Dustin Faith, Joseph Gola, Dion Hunter, Joseph Laubmeier, Michael Laurie, and Angellette Mathis (collectively "Moving Defendants") (Doc. No. 110), and Plaintiff's Opposition Motion and Memorandum and Declaration in Opposition (Doc. No. 131, 132), it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED** and Moving Defendants' Cross-Motion for Summary Judgment is **GRANTED**. Judgement is entered in favor of all Moving Defendants and against Plaintiff. This case is closed.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.